AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ANNE A. DUBOIS,

    Plaintiff,

-against-

COHEN & SLAMOWITZ, LLP, et al.,

    Defendants.

**APPEARANCE**

Case Number: 07 CV 7739 (LLS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant J & E PROCESS SERVICES, INC.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 9/28/07 | *Richard Imbrogno* (signature) |
| Date | Signature |
| | Richard Imbrogno    RI-8476 |
| | Print Name: JONES HIRSCH CONNORS & BULL   Bar Number |
| | One Battery Park Plaza |
| | Address |
| | New York, New York 10004 |
| | City / State / Zip Code |
| | (212) 527-1386    (212) 527-1680 |
| | Phone Number / Fax Number |