UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANNE A. DUBOIS,<br>**Plaintiff**<br><br>-v-<br><br>COHEN & SLAMOWITZ, LLP, et al.<br><br>**Defendant** | Case No. 07 CV 7739 (LLS)<br><br>**Rule 7.1 Statement** |

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant __J &E PROCESS SERVICES, INC.__ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

            NONE

Date: __9/28/07__

_Richard Imbrogno_ (signature)
**Signature of Attorney**
RICHARD IMBROGNO
**Attorney Bar Code:** RI - 8476
JONES HIRSCH CONNORS & BULL P.C.

Form Rule7_1.pdf