UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ANNE A. DUBOIS,

                         Index No. 07 CV 7739

          Plaintiff

-against-

                         **STIPULATION**

COHEN & SLAMOWITZ, LLP., METRO
PORTFOLIOS, INC., J & E PROCESS
SERVICES, INC. and ROBERTO LAGOS

         Defendants.
---------------------------------------------------------------X

      IT IS HEREBY STIPULATED, consented, and agreed by and between the undersigned, as follows:

      1.     Defendants Cohen & Slamowitz, LLP. and Metro Portfolios, Inc., time to respond to Plaintiff's Complaint is hereby extended to November 5, 2007.

      2.     Defendants Cohen & Slamowitz, LLP. and Metro Portfolios, Inc hereby waive personal jurisdictional defenses to this action.

      3.     A facsimile copy of said transmission shall be deemed original by the Court.

Dated: Melville, New York
       October 19, 2007

                                    Carolyn E. Coffey, Esq.
                                    of Counsel to Lynn M. Kelly, Esq.
                                    Attorneys for Plaintiff

By: _____
                                    Carolyn E. Coffey, Esq. CC 6741
                                    MFY Legal Services, Inc.
                                    299 Broadway, 4th Floor
                                    New York, NY 10007
                                    (212) 417-3891

                                    Law Offices of Michael G. Mc Auliffe, Esq.
                                    Attorney for Defendants Cohen & Slamowitz, LLP.
                                    and Metro Portfolios, Inc.

By: _____
                                    Michael G. Mc Auliffe, Esq.
                                    48 South Service Road, Suite 102
                                    Melville, NY 11747
                                    (631) 465-0044