ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/07

MEMORANDUM ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ANNE A. DUBOIS,

Index No. 07 CV 7739

                   Plaintiff

    -against-

## STIPULATION

COHEN & SLAMOWITZ, LLP., METRO
PORTFOLIOS, INC., J & E PROCESS
SERVICES, INC. and ROBERTO LAGOS

                 Defendants.

------------------------------------------------------------X

IT IS HEREBY STIPULATED, consented, and agreed by and between the undersigned,
as follows:

1.    Defendants Cohen & Slamowitz, LLP. and Metro Portfolios, Inc., time to
respond to Plaintiff's Complaint is hereby extended to November 5, 2007.

2.    Defendants Cohen & Slamowitz, LLP. and Metro Portfolios, Inc hereby waive
personal jurisdictional defenses to this action.

3.    A facsimile copy of said transmission shall be deemed original by the Court.

Dated: Melville, New York
       October 19, 2007

                        Carolyn E. Coffey, Esq.
                        of Counsel to Lynn M. Kelly, Esq.
                        Attorneys for Plaintiff

By:        _Carolyn E Coff_       
                        Carolyn E. Coffey, Esq. CC 6741
                        MFY Legal Services, Inc.
                        299 Broadway, 4th Floor
                        New York, NY 10007
                        (212) 417-3891

So Ordered:

Louis L. Stanton

10/25/07  USDJ

                        Law Offices of Michael G. Mc Auliffe, Esq.
                        Attorney for Defendants Cohen & Slamowitz, LLP.
                        and Metro Portfolios, Inc.

By:        _Michael Mc G_      
                        Michael G. Mc Auliffe, Esq.
                        48 South Service Road, Suite 102
                        Melville, NY 11747
                        (631) 465-0044