UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ANNE A. DUBOIS,

                              Index No. 07 CV 7739(LLS)(DFE)

          Plaintiff

    -against-


COHEN & SLAMOWITZ, LLP., METRO
PORTFOLIOS, INC., J & E PROCESS
SERVICES, INC. and ROBERTO LAGOS,

          Defendants.
------------------------------------------------------------------------X

**RULE 7.1 STATEMENT**

       Pursuant to Federal Rule of Civil Procedure 7.1 (Formerly Local General Rule 1.9) and to enable District Judges and Magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for METRO PORTFOLIOS, INC.(a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

                              N/A

Dated:  Melville, New York
          November 5, 2007

                              Law Offices of Michael G. Mc Auliffe, Esq.
                              Counsel to Cohen & Slamowitz, LLP. and
                              Metro Portfolios, Inc.


                    By:    */s/ Michael G. Mc Auliffe*
                              Michael G. Mc Auliffe, Esq.
                              48 South Service Road, Suite 102
                              Melville, New York 11747
                              (631) 465-0044