UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
ANNE A. DUBOIS,

                                                          Index No. 07 CV 7739(LLS)(DFE)

                Plaintiff

       -against-


COHEN & SLAMOWITZ, LLP., METRO
PORTFOLIOS, INC., J & E PROCESS
SERVICES, INC. and ROBERTO LAGOS,

                Defendants.
----------------------------------------------------------------------X

### AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK    )
                                SS:
COUNTY OF SUFFOLK    )

       Andrea Savin, being duly sworn, deposes and says:

       I am not a party in the above referenced action, am over 18 years of age and reside in Nassau County, New York.  On November 5, 2007, I served a copy of the within **"Answer of Cohen & Slamowitz, LLP. and Metro Portfolios, Inc.  with Affirmative Defense, Cross-claim against J&E Process Services, Inc., and Reply to Cross-claim of J&E Process Services, Inc. and Rule 7.1 Statement"**, by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the entities set forth below, at the last known address set forth after each name as follows:

                        Carolyn E. Coffey, Esq.
                        MFY Legal Services, Inc.
                        299 Broadway, 4th Floor
                        New York, NY 10007

                        Jones, Hirsch, Connors & Bull, P.C.
                        One Battery Park Plaza, 28th Fl
                        New York, NY 10004
                        Att: Richard Imbrogno, Esq.


                                                 */s/ Andrea Savin*
                                                 Andrea Savin

Sworn to before me on this 5TH day
of November, 2007


*/s/ Michael G. Mc Auliffe*
Notary Public