```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
ANNE E. DUBOIS,
                                            ECF Case
                Plaintiff,                  Civil Action No.
                                            07 CV 7739 (LLS)(DFE)
        - against -

COHEN & SLAMOWITZ, LLP, METRO               ANSWER TO
PORTFOLIOS, INC., J & E PROCESS SERVICES    CROSS-CLAIM OF
INC., and ROBERTO LAGOS,                    COHEN & SLAMOWITZ,
                                            LLP AND METRO
                Defendants.                 PORTFOLIOS, INC.
-------------------------------------------X
```

Defendant J & E Process Services, Inc. ("J&E"), by its attorneys, Jones Hirsch Connors & Bull P.C., as and for its Answer to the Cross-Claim asserted by defendants Cohen & Slamowitz, LLP and Metro Portfolios, Inc., states:

1. Denies the allegations of paragraph 13 of the aforesaid defendants' Answer (constituting their Cross-Claim).

WHEREFORE, Defendant J & E Process Services, Inc. respectfully requests entry of a judgment:

    A.  Dismissing the Complaint with prejudice to the extent alleged against J&E; or, in the alternative,

    B.  Entering judgment in accordance with J&E's affirmative defenses and cross-claim;

    C.  Dismissing the Cross-Claim of defendants Cohen & Slamowitz, LLP and Metro Portfolios, Inc., with prejudice; and

    D.    Granting J&E such other and further relief as may be just and proper.

Dated: New York, New York
       November 21, 2007

                JONES HIRSCH CONNORS & BULL P.C.
                Attorneys for Defendant
                J & E Process Services, Inc.
                One Battery Park Plaza, 28th Fl.
                New York, NY 10004
                (212) 527-1000

                By: _____
                      Richard Imbrogno (RI-8476)