UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Anne A. DuBois

                      Plaintiff,

            -against-                        07 CIVIL 7739 (LLS)

Cohen & Slamowitz, et al.,

                      Defendant.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Carolyn E. Coffey__

☒ *Attorney*

    ☒    I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: __CC6741__

    ☐    I am a Pro Hac Vice attorney

    ☐    I am a Government Agency attorney

☒ *Law Firm/Government Agency Association*

    From: __SDNY__

    To: __MFY Legal Services, Inc.__

    ☒    I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐    I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒    *Address:*    __299 Broadway, 4th Fl, NY, NY 10007__

☒    *Telephone Number:*    __212-417-3701__

☒    *Fax Number:*    __212-417-3890__

☒    *E-Mail Address:*    __ccoffey@mfy.org__

Dated: __11/27/07__            __Carolyn E. Coffey__