UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

ANNE E. DUBOIS,,

                              Plaintiff,

        -against-

COHEN & SLAMOWITZ, LLP, METRO PORTFOLIOS, INC., J&E PROCESS SERVICES INC., and ROBERTO LAGOS,

                             Defendants.

---------------------------------------------------------------X

DOCKET NO:

07 CV 7739 (L.L.S.) (D.F.E.)

STIPULATION OF WAIVER OF SERVICE OF SUMMONS AND EXTENDING DEFENDANT ROBERTO LAGOS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE COMPLAINT

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiff and counsel for the Defendant, Roberto Lagos, that said Defendant waives service of summons and voluntarily appears in this action;

     IT IS FURTHER STIPULATED AND AGREED, that the time for Roberto Lagos to Answer, move or otherwise respond to the Plaintiff's Complaint is extended through and including January 15, 2008; and

     IT IS FURTHER STIPULATED AND AGREED, that faxed copies of the undersigned attorneys' signatures shall have the same force and effect as the original signatures.

Dated: New York, New York
        December 21, 2007

Attorneys for Plaintiff
Anne E. Dubois

By: _____
Carolyn E. Coffey (CC-6741)
Of Counsel to Lynn M. Kelly, Esq.
MFY Legal Services
299 Broadway
New York, New York 10007
(212) 417-3700

Attorneys for Defendant
Roberto Lagos

By: _____
Harris B. Katz (HK-1000)
Winget, Spadafora & Schwartzberg, LLP
45 Broadway, 19th Floor
New York, NY 10006
(212) 221-6900

**SO-ORDERED:**

_____