UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
ANNE A. DUBOIS,

              Plaintiff,

    -against-                               Docket No.:  07-cv-7739 (LLS)

COHEN & SLAMOWITZ, LLP, METRO
PORFOLIOS, INC., J & E PROCESS SERVICE,
INC., and ROBERTO LAGOS,             **ANSWER WITH AFFIRMATIVE**
                                                 **DEFENSES, CROSS-CLAIMS**
                                                 **AGAINST ALL CO-**
                                                 **DEFENDANTS, REPLY TO**
                                               **CROSS-CLAIM OF COHEN &**
                                               **SLAMOWITZ, LLP AND**
                                               **METRO PORTFOLIOS, INC.,**
                                               **AND REPLY TO CROSS-CLAIM**
                                             **OF J & E PROCESS SERVERS,**
                                             **INC.**

                      Defendants.
-----------------------------------------------------X

     Defendant Roberto Lagos, by his attorneys, Winget, Spadafora & Schwartzberg,

LLP, as and for his Answer to the Plaintiff's Complaint ("Complaint"), alleges as

follows:


### AS AND FOR AN ANSWER TO "INTRODUCTION"

1.     Roberto Lagos denies knowledge and information sufficient to form a

    belief as to the truth or falsity of the allegations contained in Paragraph

    "1" of the Complaint, and refers the Court to the Plaintiff's Complaint

    dated August 30, 2007, for its language, intent, and legal meaning.

## AS AND FOR AN ANSWER TO "JURISDICTION AND VENUE"

2.     Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "2" of the Complaint, and refers all questions of law to the Court.

3.     Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "3" of the Complaint, and refers all questions of law to the Court.

## AS AND FOR AN ANSWER TO "PARTIES"

4.     Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "4" of the Complaint.

5.     Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "5" of the Complaint, and refers all questions of law to the Court.

6.     Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "6" of the Complaint.

7.     Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "7" of the Complaint.

8.      Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "8" of the Complaint.

9.      Roberto Lagos denies each and every allegation contained in Paragraph "9" of the Complaint.

10.     Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "10" of the Complaint, and refers all questions of law to the Court.

## AS AND FOR AN ANSWER TO "FACTUAL ALLEGATIONS"

11.     Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "11" of the Complaint.

12.     Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "12" of the Complaint.

13.     Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "13" of the Complaint.

14.     Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "14" of the Complaint, and refers all questions of law to the Court.

15.    Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "15" of the Complaint.

16.    Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "16" of the Complaint.

17.    Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "17" of the Complaint.

18.    Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "18" of the Complaint.

19.    Roberto Lagos denies each and every allegation contained in Paragraph "19" of the Complaint.

20.    Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "20" of the Complaint, and refers the Court to New York CPLR sections 308 (1) and (2) for their language, intent, and legal meaning.

21.    Roberto Lagos denies each and every allegation contained in Paragraph "21" of the Complaint and refers the Court to the affidavit of service referred to therein for its language, intent, and legal meaning.

22.     Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "22" of the Complaint.

23.     Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "23" of the Complaint.

24.     Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "24" of the Complaint.

25.     Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "25" of the Complaint.

26.     Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "26" of the Complaint.

27.     Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "27" of the Complaint.

28.     Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "28" of the Complaint.

29.     Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "29" of the Complaint.

30.     Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "30" of the Complaint.

31.     Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "31" of the Complaint.

32.     Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "32" of the Complaint.

33.     Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations in Paragraph "33" of the Complaint.

34.     Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "34" of the Complaint, except denies each and every allegation contained in Paragraph "34" of the Complaint as to Roberto Lagos.


**AS AND FOR AN ANSWER TO "FIRST CLAIM FOR RELIEF"**

35.     Roberto Lagos repeats and realleges his responses to Paragraph "1" through "34" of the Complaint as if fully set forth at length herein.

6

36.     Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "36" of the Complaint, except denies each and every allegation contained in Paragraph "36" of the Complaint as to Roberto Lagos, and refers all questions of law to the Court.

37.     Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "37" of the Complaint, except denies each and every allegation contained in Paragraph "37" of the Complaint as to Roberto Lagos, and refers all questions of law to the Court.

### AS AND FOR AN ANSWER TO "SECOND CLAIM FOR RELIEF"

38.     Roberto Lagos repeats and realleges his responses to Paragraph "1" through "37" of the Complaint as if fully set forth at length herein.

39.     Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "39" of the Complaint, and refers all questions of law to the Court.

40.     Roberto Lagos denies knowledge and information sufficient to form a belief as to the truth or falsity of the allegations contained in Paragraph "40" of the Complaint, and refers all questions of law to the Court.

**AS AND FOR AN ANSWER TO "THIRD CLAIM FOR RELIEF"**

41.    Roberto Lagos repeats and realleges his responses to Paragraph "1" through "40" of the Complaint as if fully set forth at length herein.

42.    Roberto Lagos denies each and every allegation contained in Paragraph "42" of the Complaint, and refers all questions of law to the Court.

43.    Roberto Lagos denies each and every allegation contained in Paragraph "43" of the Complaint, and refers all questions of law to the Court.

**AS AND FOR AN ANSWER TO "FOURTH CLAIM FOR RELIEF"**

44.    Roberto Lagos repeats and realleges his responses to Paragraph "1" through "43" of the Complaint as if fully set forth at length herein.

45.    Roberto Lagos denies each and every allegation contained in Paragraph "45" of the Complaint, and refers all questions of law to the Court.

46.    Roberto Lagos denies each and every allegation contained in Paragraph "46" of the Complaint, and refers all questions of law to the Court.

47.    Roberto Lagos denies each and every allegation contained in Paragraph "47" of the Complaint, and refers all questions of law to the Court.

**AS AND FOR AN ANSWER TO "FIFTH CLAIM FOR RELIEF"**

48.    Roberto Lagos repeats and realleges his responses to Paragraph "1" through "47" of the Complaint as if fully set forth at length herein.

49.    Roberto Lagos denies each and every allegation contained in Paragraph "49" of the Complaint, and refers all questions of law to the Court.

50.    Roberto Lagos denies each and every allegation contained in Paragraph "50" of the Complaint, and refers all questions of law to the Court.

51.    Roberto Lagos denies each and every allegation contained in Paragraph "51" of the Complaint, and refers all questions of law to the Court.

## AS AND FOR AN ANSWER TO "SIXTH CLAIM FOR RELIEF"

52.    Roberto Lagos repeats and realleges his responses to Paragraph "1" through "51" of the Complaint as if fully set forth at length herein.

53.    Roberto Lagos denies each and every allegation contained in Paragraph "53" of the Complaint, and refers all questions of law to the Court.

54.    Roberto Lagos denies each and every allegation contained in Paragraph "54" of the Complaint, and refers all questions of law to the Court.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

55.    The Complaint fails to state a cause of action upon which relief may be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

56.    If the Plaintiff sustained any damages as alleged in the Complaint, all of which is expressly denied, then such damages were caused, either in whole or in part, by the Plaintiff's own or her agents' culpable conduct, fault and/or negligence, and any recovery herein shall be diminished accordingly in whole or in part.

9

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

57.    If the Plaintiff has sustained any damages as alleged in the Complaint, all of which is expressly denied, then such damages were caused by the culpable conduct, fault and/or negligence of other persons and/or entities over which Defendant Roberto Lagos had no control, with no act or omission on the part of said Defendant contributing thereto.

## AS AND FOR FOURTH AFFIRMATIVE DEFENSE

58.    The damages alleged to have been suffered by the Plaintiff were caused in whole or in part by the conduct of persons or entities other than Defendant Roberto Lagos.  Therefore, Plaintiff's claims are barred or diminished in the proportion that such culpable conduct of other persons or entities bear to the total culpable conduct causing damages.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

59.    The Plaintiff's claims are barred by the equitable doctrines of laches, waiver, estoppel and unclean hands.

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

60.    The Plaintiff is barred from recovering by virtue of her failure to mitigate her damages.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

61.    Any award of damages to the Plaintiff shall be reduced, pursuant to CPLR

4545(c), by the amount of any item of damages which has been, or will,

with reasonable certainty, be replaced or indemnified from a collateral

source.

### AS AND FOR A EIGHTH AFFIRMATIVE DEFENSE

62.    Any liability of Defendant Roberto Lagos to the Plaintiff, all of which is

expressly denied, is limited by the provisions of Article 16 of the CPLR.

### AS AND FOR A NINTH AFFIRMATIVE DEFENSE

63.    One or more of the Plaintiff's claims may be barred by an applicable

statute of limitations.

### AS AND FOR A TENTH AFFIRMATIVE DEFENSE

64.    The answering Defendant reserves the right to raise any and all other

defenses that may become evident during discovery and during any other

proceedings in this action.

## AS AND FOR CROSS-CLAIMS AGAINST ALL CO-DEFENDANTS

65.     If the Plaintiff has incurred any damages as alleged, all of which is
expressly denied, and if judgment is recovered by the Plaintiff against
Roberto Lagos, it is hereby asserted that Roberto Lagos' liability was not
morally culpable, but was merely constructive, technical, imputed or
vicarious, and that the damage to the Plaintiff arose through the direct and
primary fault of the codefendants Cohen & Slamowitz, LLP, Metro
Portfolios, Inc. and/or J & E Process Services, Inc., without any culpable
conduct on the part of Defendant Roberto Lagos contributing thereto.  By
reason of the foregoing, the Defendant, Roberto Lagos, will be entitled to
contribution and/or indemnification from said codefendants for all sums as
may be found against Roberto Lagos in favor of the Plaintiff.

## REPLY TO CROSS-CLAIM OF J & E PROCESS SERVICES, INC.

66.     Roberto Lagos denies each and every allegation contained in Paragraph
"31" of the J & E Answer.

## REPLY TO CROSS-CLAIM OF DEFENDANTS COHEN & SLAMOWITZ, LLP and METRO PORTFOLIOS, INC.

67.     Roberto Lagos denies each and every allegation contained in Paragraph
"13" of the Cohen & Slamowitz, LLP. and Metro Portfolios, Inc. Answer.

**WHEREFORE**, Defendant Roberto Lagos respectfully demands judgment dismissing the Plaintiff's Complaint in its entirety with prejudice, and dismissing all cross-claims asserted against Defendant in their entirety with prejudice, and granting Defendant judgment on his cross-claims, together with reasonable costs, attorneys' fees and such other and further relief as the Court may deem just and proper under the circumstances.

Dated: New York, New York
       January 15, 2008

                                        Respectfully submitted,

                                        Matthew Tracy (MT- 2503)
                                        Harris B. Katz (HK – 1000)
                                        Winget, Spadafora & Schwartzberg, LLP
                                        45 Broadway, 19th Floor
                                        New York, New York 10006
                                        212-221-6900
                                        212-221-6969 (fax)
                                        *Attorneys for Defendant Roberto Lagos*