UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ANNE A. DUBOIS,

                Plaintiff,

    -against-                                        Docket No.: 07-cv-7739 (LLS)

COHEN & SLAMOWITZ, LLP, METRO
PORFOLIOS, INC., J & E PROCESS SERVICE,
INC., and ROBERTO LAGOS,
                                                    **CERTIFICATE OF SERVICE**

                Defendants.
-------------------------------------------------------X

       Harris B. Katz, Esq., an attorney duly admitted to practice law before the United States District Court, Southern District of New York, and an associate of the firm WINGET, SPADAFORA & SCHWARTZBERG, LLP, attorneys for Defendant Roberto Lagos in the within action, affirms as follows under penalties of perjury:

On January 15, 2008, I caused the following documents:

        1.      Answer with Affirmative Defenses, Cross-claims against all Co-Defendants, Reply to Cross-claim of Cohen & Slamowitz, LLP and Metro Portfolios, Inc., and Reply to Cross-claim of J & E Process Servers, Inc.

to be served upon:

        Carolyn E. Coffey, Esq.
        MFY Legal Services, Inc.
        299 Broadway, 4th Floor
        New York, New York 10007
        Attorneys for Plaintiff

        Jones Hirsch Connors & Bull P.C.
        One Battery Park Plaza, 28th Floor
        New York, New York 10004
        Attorneys for Defendant J & E Process Services, Inc.

Law Offices of Michael G. Mc Auliffe, Esq.
48 South Service Road, Suite 102
Melville, New York 11747
Attorneys for Defendant Cohen & Slamowitz, LLP and Metro Portfolios, Inc.

by regular mail, at the addresses indicated for service and addressed as aforesaid.

Dated:   January 15, 2008

                              WINGET, SPADAFORA &
                              SCHWARTZBERG, LLP
                              Attorneys for Defendant Roberto Lagos

By:   _____
       Harris B. Katz