UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ANNE A. DUBOIS,

                                    Plaintiff           Index No. 07 CV 7739 (LLS)

        -against-

COHEN & SLAMOWITZ, LLP., METRO
PORTFOLIOS, INC., J & E PROCESS
SERVICES, INC. and ROBERTO LAGOS,

                                 Defendants.
-----------------------------------------------------------------------X

### REPLY TO CROSS-CLAIM OF DEFENDANT ROBERTO LAGOS

      Defendants Cohen & Slamowitz, LLP. and Metro Portfolios, Inc. (hereinafter collectively "the Defendants" or separately "C&S" and "Metro"), by and through their counsel, The Law Offices of Michael G. Mc Auliffe, Esq., as and for their Reply to the Cross-Claim of Roberto Lagos, respectfully set forth and represent as follows:

      1.     Defendants deny each and every allegation contained in paragraph 65 of the Answer of Defendant Roberto Lagos.

      2.     By virtue of the foregoing, the relief requested by Defendant Roberto Lagos should be denied in its entirety.

      **WHEREFORE,** Defendants respectfully demand judgment dismissing the Complaint herein in its entirety, and granting Defendants judgment on their cross-claim, together with such other, further and different relief as this Court deems just and proper.

Dated:  Melville, New York
         January 16, 2008

                                              Law Offices of Michael G. Mc Auliffe, Esq.
                                              Counsel to Cohen & Slamowitz, LLP. and Metro
                                              Portfolios, Inc.

                              By:     */s/ Michael G, Mc Auliffe*
                                          Michael G. Mc Auliffe, Esq.
                                          48 South Service Road, Suite 102
                                          Melville, New York 11747
                                          (631) 465-0044