```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
ANNE E. DUBOIS,
                                              ECF Case
                  Plaintiff,                  Civil Action No.
                                              07 CV 7739 (LLS)(DFE)
          - against -

COHEN & SLAMOWITZ, LLP, METRO                 ANSWER TO
PORTFOLIOS, INC., J & E PROCESS SERVICES      CROSS-CLAIM OF
INC., and ROBERTO LAGOS,                      ROBERT LAGOS

                  Defendants.
-----------------------------------------X
```

Defendant J & E Process Services, Inc. ("J&E"), by its attorneys, Jones Hirsch Connors & Bull P.C., as and for its Answer to the Cross-Claim asserted by defendant Robert Lagos, states:

    1. Denies the allegations of paragraph 65 of the aforesaid defendant's Answer (constituting his Cross-Claim).

    WHEREFORE, Defendant J & E Process Services, Inc. respectfully requests entry of a judgment:

    A.   Dismissing the Complaint with prejudice to the extent alleged against J&E; or, in the alternative,

    B.   Entering judgment in accordance with J&E's affirmative defenses and cross-claim;

    C.   Dismissing the Cross-Claims of defendants Cohen & Slamowitz, LLP, Metro Portfolios, Inc., and Robert Lagos with prejudice; and

    D.    Granting J&E such other and further relief as may be just and proper.

Dated: New York, New York
       January 24, 2008

                                JONES HIRSCH CONNORS & BULL P.C.
                                Attorneys for Defendant
                                J & E Process Services, Inc.
                                One Battery Park Plaza, 28th Fl.
                                New York, NY 10004
                                (212) 527-1000

                                By: _____
                                         Richard Imbrogno (RI-8476)