ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -X
ANNE A. DUBOIS,

   Plaintiff,      **ORDER**

 - against -      07 Civ. 7739 (LLS)

COHEN & SLAMOWITZ LLP, METRO PORTFOLIOS
INC., J&E PROCESS SERVICES INC., and
ROBERT LAGOS,

   Defendants.
- - - - - - - - - - - - - - - - - - - -X

  Plaintiff having informed the Court that the parties have settled, it is

  ORDERED that this action is dismissed with prejudice and without costs; provided, however, that within sixty days of the date of this order any party may apply by letter for restoration of the action to the Court's calendar.

Dated: New York, NY
   July 10, 2008

              /s/ Louis L. Stanton
              LOUIS L. STANTON
              U. S. D. J.